## 11738.   KITCHENS *v.* THE STATE.

BROYLES, C. J.   It appearing that the bill of exceptions in this case was not tendered the judge within twenty days of the date of the judgment overruling the defendant's motion for a new trial, the writ of error must be          *Dismissed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 9, 1920.

Conviction of manslaughter; from Washington superior court — Judge Hardeman. June 8, 1920.

*Rawlings & Wood,* for plaintiff in error.

*Walter F. Grey, solicitor-general,* contra.